PEOPLE v. FRIEDEBAUM. (Supreme Court, Appellate Division, First Department.

February 23, 1912.) Proceeding by the People of the State of New York against Ida Friedebaum. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. HARTMAN, Appellant. (Supreme Court, Appellate Division, First Department. February 2, 1912.) Proceeding by the People of the State of New York against John Hartman. G. G. Battle, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed. Order filed.